# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN S. GEIGER, | CASE NO. CV F 11-1857 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 12.) |
| vs. | |
| MICHAEL BENOV, et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the February 21, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 6, 2011**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1